UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAI SIARAM, LLC, et al.,<br><br>　　　　　　　　　Defendant. | Case No.: 18cv2263-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal with prejudice. Neither Defendant has answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: October 29, 2018

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge